**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jay H. Cohen, Individually and as Trustee of the JHC Trusts I and II v.
Newbiss Property, L.P. and Sandcastle Homes, Inc.

Appellate case number:   01-19-00397-CV

Trial court case number:  2010-20973-A

Trial court:             234th District Court

Appellant filed his notice of appeal on May 3, 2019. *See* TEX. R. APP. P. 26.1. The record was due on June 12, 2019. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on August 7, 2019. The reporter's record has not been filed.

On June 24, 2019, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by July 24, 2019, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                    ☒ Acting individually    ☐ Acting for the Court
Date:    ___August 27, 2019___